# EXHIBIT C



- Home
- Music
- Video
- Mixtapes
- News
- Interviews
- Unsigned Heat
- Photos
- Shop
- DMCA

**NEWS**

FOLLOW:    

🔍 To search type and hit enter

# Troy Ave Released From Jail on 500k Bond

BY RX · JULY 12, 2016








**SHOP NOW**

**WASHED CAST EP. 5**



ITSBIZKIT
WASHEDCAS...

SOUNDCLOUD

Troy Ave is no longer behind bars. The Brooklyn native was released on 500k bond yesterday after spending two months locked up due to an incident at Irving Plaza. Ave is facing attempted murder and weapons charges and is due back in court in the near future. He is required to wear an ankle bracelet at all times as well as to stay away from concert venues, bars, and clubs.

Cookie policy

## You may also like:



3 People Shot During T.I Concert At Irving Plaza In NYC Including Rapper Troy Ave | Update: 1 Victim Pronounced Dead



Troy Ave Avoids Murder Charge



Troy Ave Pleads Not Guilty to Attempted Murder



Troy Ave Sets Up Scholarship Fund At Former High School



1

PREVIOUS STORY
New Music: Migos ft. Gucci Mane – Now

NEXT STORY
New Music: Ty Dolla $ign ft. Future – Campaign

## FEATURED POSTS



**Video: Joe Budden ft. Tory Lanez & Fabolous – Flex**



**New Video: Joey Bada$$ – Devastated**



**Drake Brings Out Dipset, J. Cole, Fat Joe, T.I. & More @ MSG (VIDEO)**

## LEAVE A REPLY

Comment

Name *

Email *

Website



Video: DJ Wavy – Elevators

Video: Wale – My PYT

Time limit is exhausted. Please reload CAPTCHA.

×  = fifty six

Post Comment

---

Home
Music
Video
Mixtapes
News
Interviews
Unsigned Heat
Photos
Shop
DMCA

