UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEC TABAK, | ) |
| | ) |
| Plaintiff, | ) No. 2:17-cv-2962-JS-SIL |
| | ) |
| v. | ) |
| | ) |
| ITSBITZKIT, LLC | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of Plaintiff Alec Tabak. I certify that I am admitted to practice in, and a member of good standing of, this Court.

DATED: July 9, 2017          Respectfully Submitted,
      Valley Stream, NY

                                      <u>/s/Richard P. Liebowitz (RL1234)</u>
                                      Richard P. Liebowitz
                                      Liebowitz Law Firm, PLLC
                                      11 Sunrise Plaza, Suite 305
                                      Valley Stream, NY 11580
                                      (516)233-1660
                                      RL@liebowitzlawfirm.com
                                      *Attorneys for Plaintiff Alec Tabak*