UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEC TABAK,

                        Plaintiff,

- against -                                        2:17-cv-02962-JS-SIL

ITSBIZKIT, LLC

                        Defendant.

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, ALEC TABAK ("Plaintiff") respectfully request that the Clerk of Court enter the default of the Defendant, ITSBIZKIT, LLC ("Defendant") pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith.)

Date:  July 17, 2017
         Valley Stream, New York

                                                     LIEBOWITZ LAW FIRM, PLLC

                                                     /s/Richard Liebowitz
                                                     Richard P. Liebowitz
                                                     11 Sunrise Plaza, Suite 305
                                                     Valley Stream, New York 11580
                                                     516-233-1660
                                                     RL@LiebowitzLawFirm.com

                                                     *Attorneys for Alec Tabak*