**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x

ALEC TABAK, : Index No. 2:17-cv-2962-JS-SIL
: 
           Plaintiff, : ECF Case
:
:
      -against- : **CERTIFICATE OF DEFAULT**
:
ITSBIZKIT, LLC :
:
          Defendant. :

------------------------------------- x

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Itsbizkit, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Itsbizkit, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Central Islip, New York
        July 25, 2017

                                       DOUGLAS C. PALMER, Clerk of Court

                                       By: _____/s/ James J. Toritto_____ Deputy Clerk