**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| ALEC TABAK, | : |
| | : |
| *Plaintiff*, | : Index No. 2:17-cv-2962(JS)(SIL) |
| | : |
| | : ECF Case |
| vs. | : |
| | :**NOTICE OF MOTION FOR** |
| | :**DEFAULT  JUDGMENT** |
| | : |
| ITSBIZKIT, LLC | : |
| | : |
| *Defendant.* | : |

-- - - - - - - - - - - - - - --- - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

Pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b) Plaintiff Paul Martinka

hereby moves the Court for default judgment against Defendant Itsbizkit LLC,  In furtherance of

this motion for default judgment in accordance to 17 U.S.C. §501, et seq., Plaintiff requests (1)

statutory damages in the amount of $20,000 for copyright infringement; (2) statutory damages in

the amount of $10,000 for violation of DMCA Section 1202(b), (3) attorney's fees and costs in

the amount of $2,500.

Pursuant to the Local Rules, this motion is supported by a proposed default judgment

order, copy of the complaint, and a copy of Certificate of Default from the Clerk of Court.

Dated: Valley Stream, New York                   LIEBOWITZ LAW FIRM, PLLC
       October 25, 2017

                                            By:    /s/Yekaterina Tsyvkin

                                                Yekaterina Tsyvkin

                                   Richard P. Liebowitz
                                   Liebowitz Law Firm PLLC
                                   11 Sunrise Plaza, Suite 305
                                   Valley Stream, NY 11580
                                   Tel: (516) 233-1660

RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Alec Tabak*