# EXHIBIT A

Case 2:17-cv-02962-JS-SIL   Document 31   Filed 09/26/17   Page 2 of 2 PageID #: 950

