**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ALEC TABAK,

                *Plaintiff*,     : Index No. 2:17-cv-2962(JS)(SIL)

                                       : ECF Case

vs.

                                       :**PROPOSED ORDER FOR**
                                       :**DEFAULT JUDGMENT**

ITSBIZKIT, LLC

                *Defendant.*

-------------------------------------------------------------x

JOANNA SEYBERT, United States District Judge:

      Plaintiff filed the Complaint in this action on May 16, 2017. On June 6, 2017, the Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business. Pursuant to Fed. R. Civ. P. 12 an answer or a response was due on June 27, 2017. On July 25, 2017 the Plaintiff's request for a Certificate of Default from the Court Clerk was granted. October 25, 2017 Plaintiff followed by a Motion for Default Judgment. The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

      ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

      FURTHER ORDERED that the Defendant violated Section 501 et al of the Copyright Act; it is

      FURTHER ORDERED that Defendant shall pay $20,000 in civil penalties for copyright infringement; it is

FURTHER ORDERED that Defendant shall pay $10,000 in civil penalties for violating the integrity of copyright management information; it is

FURTHER ORDERED that Defendant shall pay $2,500 in Plaintiff's attorney's fees and costs; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated:   October \_\_\_, 2017
         New York, NY                                    _____
                                                         Joanna Seybert
                                                         United States District Judge