```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ALEC TABAK,

                Plaintiff,          REFERRAL ORDER
                                    17-CV-2962(JS)(SIL)
        -against-

ITSBIZKIT, LLC,

                Defendant.
------------------------------------X
```

SEYBERT, District Judge:

The Court HEREBY REFERS Plaintiff's motion for entry of a default judgment (Docket Entry 9) to Magistrate Judge Steven I. Locke for a REPORT AND RECOMMENDATION on whether the pending motion should be granted and, if necessary, to determine the appropriate amount of damages, costs and/or fees to be awarded.

All future filings related this motion shall be directed to Judge Locke in the first instance.

Plaintiff is directed to promptly serve a copy of this Referral Order on Defendant and file proof of service on the Docket.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:  April __19__, 2018
        Central Islip, New York