**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEC TABAK,

              Plaintiff,

       - against -
                                  **JUDGMENT**
                                  CV 17-2962 (JS)(SIL)

ITSBIZKIT, LLC,

              Defendant.
------------------------------------------------------------X

       An Electronic Order of Honorable Joanna Seybert, United States District Judge, having been filed on August 21, 2018, dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b), and directing the Clerk of the Court to enter judgment accordingly and mark this case closed, it is

       **ORDERED AND ADJUDGED** that Plaintiff Alec Tabak take nothing of Defendant Itsbizkit, LLC; that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b); and that this case is hereby closed.

Dated: Central Islip, New York
         August 23, 2018

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT

                                      BY:    /S/ JAMES J. TORITTO
                                                     DEPUTY CLERK